# FSA Time Credit Assessment
Register Number:11772-090, Last Name:PATEL

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 12-30-2024. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

```
Projected Release Date: 12-12-2026
Projected Release Method: GCT REL
FSA Projected Release Date: 12-12-2025
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 12-12-2025
SCA Conditional Placement Days: N/A
SCA Conditional Placement Date: N/A
FSA Conditional Placement Days: 200
FSA Conditional Placement Date: 05-26-2025
Conditional Transition To Community Date: 05-26-2025
```
--- SCA Ineligible ---------------------------------------------------------------
--- Detainers

| Id | Lodged | Org Authority |
|---|---|---|
| 001 | 12-01-2020 | SWI PORTAGE COUNTY SHERIFF'S OFFICE/WISCONSIN DOC |

## FSA Time Credit Assessment
Register Number:11772-090, Last Name:PATEL

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

| | |
|---|---|
| Register Number....: 11772-090 | Responsible Facility: MCD |
| Inmate Name | Assessment Date.....: 12-30-2024 |
|   Last............: PATEL | Period Start/Stop...: 08-17-2020 to 12-30-2024 |
|   First...........: DHARMESH | Accrued Pgm Days....: 1526 |
|   Middle..........: | Disallowed Pgm Days.: 70 |
|   Suffix..........: | FTC Towards RRC/HC..: 160 |
| Gender............: MALE | FTC Towards Release.: 365 |
| Start Incarceration: 08-17-2020 | Apply FTC to Release: Yes |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 08-17-2020 | 11-20-2021 | accrue | 460 |

  Accrued Pgm Days...: 460
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 150

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 11-20-2021 | 12-08-2021 | disallow | 18 |

  **Not in qualifying admit status.**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| LVN | ARS | TRANSFER | 11-19-2021 04:48 | 11-19-2021 04:48 |
| B18 | ARS | A-ADMIT | 11-19-2021 05:48 | 11-19-2021 11:25 |
| OKL | ARS | A-BOP HLD | 11-19-2021 10:25 | 11-22-2021 08:00 |
| B18 | ARS | RELEASE | 11-19-2021 11:25 | 11-19-2021 11:25 |
| OKL | ARS | HLD REMOVE | 11-22-2021 08:00 | 11-22-2021 08:00 |
| A01 | ARS | A-ADMIT | 11-22-2021 09:00 | 11-22-2021 15:36 |
| A01 | ARS | RELEASE | 11-22-2021 15:36 | 11-22-2021 15:36 |
| LEW | ARS | A-BOP HLD | 11-22-2021 15:36 | 12-09-2021 05:21 |

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-08-2021 | 02-18-2023 | accrue | 437 |

  Accrued Pgm Days...: 437
  Carry Over Pgm Days: 10
  Time Credit Factor.: 10
  Time Credits.......: 140

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 02-18-2023 | 02-22-2023 | disallow | 4 |

  **Not in qualifying admit status.**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| B04 | ARS | A-ADMIT | 02-17-2023 06:02 | 02-17-2023 12:35 |

## FSA Time Credit Assessment
Register Number:11772-090, Last Name:PATEL

**U.S. DEPARTMENT OF JUSTICE**            **FEDERAL BUREAU OF PRISONS**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| RBK | ARS | TRANSFER | 02-17-2023 06:02 | 02-17-2023 06:02 |
| B04 | ARS | RELEASE | 02-17-2023 12:35 | 02-17-2023 12:35 |
| LEW | ARS | A-BOP HLD | 02-17-2023 12:35 | 02-21-2023 19:32 |
| 3-D | ARS | A-ADMIT | 02-21-2023 19:32 | 02-21-2023 23:36 |
| LEW | ARS | HLD REMOVE | 02-21-2023 19:32 | 02-21-2023 19:32 |
| BRO | ARS | A-BOP HLD | 02-21-2023 23:36 | 02-23-2023 02:05 |
| 3-D | ARS | RELEASE | 02-21-2023 23:36 | 02-21-2023 23:36 |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 02-22-2023 | 05-18-2023 | accrue | 85 |

  Accrued Pgm Days...: 85
  Carry Over Pgm Days: 27
  Time Credit Factor.: 10
  Time Credits.......: 30

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 05-18-2023 | 06-14-2023 | disallow | 27 |

**Not in qualifying admit status.**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| OTV | ARS | TRANSFER | 05-17-2023 23:11 | 05-17-2023 23:11 |
| 4-D | ARS | A-ADMIT | 05-17-2023 23:11 | 05-18-2023 02:19 |
| BRO | ARS | A-BOP HLD | 05-18-2023 02:19 | 05-31-2023 02:46 |
| 4-D | ARS | RELEASE | 05-18-2023 02:19 | 05-18-2023 02:19 |
| BRO | ARS | HLD REMOVE | 05-31-2023 02:46 | 05-31-2023 02:46 |
| A01 | ARS | A-ADMIT | 05-31-2023 02:46 | 05-31-2023 17:45 |
| OKL | ARS | A-BOP HLD | 05-31-2023 16:45 | 06-15-2023 02:38 |
| A01 | ARS | RELEASE | 05-31-2023 17:45 | 05-31-2023 17:45 |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 06-14-2023 | 02-26-2024 | accrue | 257 |

  Accrued Pgm Days...: 257
  Carry Over Pgm Days: 22
  Time Credit Factor.: 10
  Time Credits.......: 90

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 02-26-2024 | 04-30-2024 | accrue | 64 |

  Accrued Pgm Days...: 64
  Carry Over Pgm Days: 9
  Time Credit Factor.: 15

```
                           FSA Time Credit Assessment
                        Register Number:11772-090, Last Name:PATEL
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS
================================================================================

  Time Credits.......: 30
--------------------------------------------------------------------------------
 Start       Stop       Pgm Status   Pgm Days
 04-30-2024  05-10-2024  disallow      10
   In disciplinary segregation.
   Facility Category  Assignment   Start              Stop
     TOM     QTR      Z01-048UDS   04-30-2024 12:11   05-05-2024 09:56
     TOM     QTR      Z01-047UDS   05-05-2024 09:56   05-07-2024 10:52
     TOM     QTR      Z01-016UDS   05-07-2024 10:52   05-09-2024 08:55
--------------------------------------------------------------------------------
 Start       Stop       Pgm Status   Pgm Days
 05-10-2024  07-11-2024  accrue        62
   Accrued Pgm Days...: 62
   Carry Over Pgm Days: 13
   Time Credit Factor.: 15
   Time Credits.......: 30
--------------------------------------------------------------------------------
 Start       Stop       Pgm Status   Pgm Days
 07-11-2024  07-22-2024  disallow      11
   Not in qualifying admit status.
   Facility Category  Assignment   Start              Stop
     TOM     ARS      TRANSFER     07-10-2024 07:50   07-10-2024 07:50
     9-Y     ARS      A-ADMIT      07-10-2024 08:50   07-10-2024 14:10
     OKL     ARS      A-BOP HLD    07-10-2024 13:10   07-23-2024 07:30
     9-Y     ARS      RELEASE      07-10-2024 14:10   07-10-2024 14:10
--------------------------------------------------------------------------------
 Start       Stop       Pgm Status   Pgm Days
 07-22-2024  08-24-2024  accrue        33
   Accrued Pgm Days...: 33
   Carry Over Pgm Days: 15
   Time Credit Factor.: 15
   Time Credits.......: 15
--------------------------------------------------------------------------------
 Start       Stop       Pgm Status   Pgm Days
 08-24-2024  12-30-2024  accrue       128
   Accrued Pgm Days...: 128
   Carry Over Pgm Days: 18
   Time Credit Factor.: 10
   Time Credits.......: 40
   --- FSA Assessment(s) ----------------------------------------------------
```

## FSA Time Credit Assessment
Register Number:11772-090, Last Name:PATEL

U.S. DEPARTMENT OF JUSTICE                                              FEDERAL BUREAU OF PRISONS

| #   | Start      | Stop       | Assignment | Asn Start        | Factor |
|-----|------------|------------|------------|------------------|--------|
| 001 | 08-17-2020 | 09-14-2020 | R-HI       | 04-28-2021 11:24 | 10     |
| 002 | 09-14-2020 | 03-13-2021 | R-HI       | 04-28-2021 11:24 | 10     |
| 003 | 03-13-2021 | 09-09-2021 | R-HI       | 04-28-2021 11:24 | 10     |
| 004 | 09-09-2021 | 03-08-2022 | R-HI       | 04-28-2021 11:24 | 10     |
| 005 | 03-08-2022 | 09-04-2022 | R-HI       | 12-26-2021 09:33 | 10     |
| 006 | 09-04-2022 | 03-03-2023 | R-MED      | 06-14-2022 11:47 | 10     |
| 007 | 03-03-2023 | 08-30-2023 | R-LW       | 03-01-2023 10:35 | 10     |
| 008 | 08-30-2023 | 02-26-2024 | R-LW       | 03-17-2023 11:23 | 10     |
| 009 | 02-26-2024 | 08-24-2024 | R-LW       | 10-05-2023 06:00 | 15     |
| 010 | 08-24-2024 | 02-20-2025 | R-MED      | 07-25-2024 13:54 | 10     |

```
MCDCV  540*23 *           SENTENCE MONITORING        *   01-16-2025
PAGE 001                  COMPUTATION DATA           *   12:47:09
                          AS OF 01-16-2025

REGNO..: 11772-090  NAME: PATEL, DHARMESH
                                              DATE OF BIRTH: 03-30-1989  AGE: 35
FBI NO............: 893425VB4
ARS1..............: MCD/A-DES                 QUARTERS.....: B08-210U
UNIT..............: 2 GP                      NOTIFICATIONS: NO
DETAINERS.........: YES

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 06-12-2025

FINAL STATUTORY RELEASE FOR INMATE.: 12-12-2026 VIA GCT REL
        WITH APPLIED FSA CREDITS.: 365  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 12-12-2025 VIA FSA REL

               RELEASE AUDIT COMPLETED ON 12-31-2024 BY DSCC
-----------------------------CURRENT JUDGMENT/WARRANT NO: 010 ---------------
COURT OF JURISDICTION.............: WISCONSIN, WESTERN DISTRICT
DOCKET NUMBER.....................: 0758 3:20CR00007-001
JUDGE.............................: PETERSON
DATE SENTENCED/PROBATION IMPOSED..: 06-18-2020
DATE COMMITTED....................: 08-17-2020
HOW COMMITTED.....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED.................: NO

                 FELONY ASSESS   MISDMNR ASSESS    FINES         COSTS
NON-COMMITTED.:  $200.00         $00.00            $00.00        $00.00

RESTITUTION...:  PROPERTY: NO    SERVICES: NO      AMOUNT: $433,578.47
-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  820      COMMUNICATIONS ACT
OFF/CHG: 18:1343 WIRE FRAUD CT 1.

SENTENCE PROCEDURE................: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 63 MONTHS
TERM OF SUPERVISION...............: 3 YEARS
CLASS OF OFFENSE..................: CLASS C FELONY
DATE OF OFFENSE...................: 07-09-2019




G0002       MORE PAGES TO FOLLOW . . .
```

```
 MCDCV  540*23 *              SENTENCE MONITORING         *    01-16-2025
 PAGE 002       *              COMPUTATION DATA           *    12:47:09
                                AS OF 01-16-2025

REGNO..: 11772-090 NAME: PATEL, DHARMESH



------------------------CURRENT OBLIGATION NO: 020 -------------------------
 OFFENSE CODE....:  160    18:1028 FRAUD IDENTITY THEFT
 OFF/CHG: 18:1028A(A)(1) AGGRAVATED IDENTITY THEFT CT 2.

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     24 MONTHS
  TERM OF SUPERVISION............:      1 YEARS
  CLASS OF OFFENSE...............: CLASS C FELONY
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS TO OBLIG 010
  DATE OF OFFENSE................: 01-18-2019

------------------------CURRENT COMPUTATION NO: 010 -------------------------

 COMPUTATION 010 WAS LAST UPDATED ON 05-01-2024 AT DSC AUTOMATICALLY
 COMPUTATION CERTIFIED ON 09-21-2020 BY DESIG/SENTENCE COMPUTATION CTR

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 CURRENT COMPUTATION 010: 010 010, 010 020

 DATE COMPUTATION BEGAN..........: 08-17-2020
 AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
 TOTAL TERM IN EFFECT............:     87 MONTHS
 TOTAL TERM IN EFFECT CONVERTED..:      7 YEARS     3 MONTHS
 AGGREGATED TERM OF SUPERVISION..:      3 YEARS
 EARLIEST DATE OF OFFENSE........: 01-18-2019

 JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                     10-04-2017    10-05-2017
                                     07-09-2019    07-10-2019
                                     07-20-2019    07-24-2019
                                     03-13-2020    03-13-2020




G0002        MORE PAGES TO FOLLOW . . .
```

```
 MCDCV   540*23 *              SENTENCE MONITORING          *    01-16-2025
PAGE 003         *             COMPUTATION DATA             *    12:47:09
                               AS OF 01-16-2025

REGNO..: 11772-090 NAME: PATEL, DHARMESH


TOTAL PRIOR CREDIT TIME.........: 10
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 329
TOTAL GCT EARNED................: 154
STATUTORY RELEASE DATE PROJECTED: 12-12-2026
ELDERLY OFFENDER TWO THIRDS DATE: 06-07-2025
EXPIRATION FULL TERM DATE.......: 11-06-2027
TIME SERVED.....................:      4 YEARS      5 MONTHS      10 DAYS
PERCENTAGE OF FULL TERM SERVED..: 61.3
PERCENT OF STATUTORY TERM SERVED: 70.0

PROJECTED SATISFACTION DATE.....: 12-12-2025
PROJECTED SATISFACTION METHOD...: FSA REL
   WITH FSA CREDITS INCLUDED...: 365

REMARKS.......: V/S 8/17/20 TO LVN;7-6-21 GCT UPDTD S/CST;8-4-21 GCT UPDT S/CT
                05-01-24 DGCT UPDT B/TYM




G0002       MORE PAGES TO FOLLOW . . .
```

```
 CDCV   540*23  *         SENTENCE MONITORING         *    01-16-2025
 GE 004 OF 004  *         COMPUTATION DATA            *    12:47:09
                          AS OF 01-16-2025
```

REGNO..: 11772-090  NAME: PATEL, DHARMESH

------------------------------ CURRENT DETAINERS: ------------------------------

```
DETAINER NO..: 001
DATE LODGED..: 12-01-2020
JURISDICTION.: STATE OF WISCONSIN
AUTHORITY....: PORTAGE COUNTY SHERIFF'S OFFICE/WISCONSIN DOC
CHARGES......: #17CF500;BURGLARY,CRIMINAL DAMAGE,18CF213;BAIL JUMPING
               18CF212;CRMINAL DAMAGE,BAIL JUMPING, 19CF264;IDENTITY THEFT
               BAIL JUMPING,THEFT-ALL TRIED
SENTENCE.....: 5 YEARS
```

S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)
Register Number:11772-090, Last Name:PATEL

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 11772-090 | Risk Level Inmate....: R-LW |
| Inmate Name |   General Level......: R-LW (39) |
|   Last........: PATEL |   Violent Level......: R-LW (23) |
|   First.......: DHARMESH | Security Level Inmate: MEDIUM |
|   Middle......: | Security Level Facl..: MEDIUM |
|   Suffix......: | Responsible Facility.: MCD |
| Gender........: MALE | Start Incarceration..: 08/17/2020 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 19
General Score: -12, Violent Score: -4
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| DRG | ED COMP | 08/11/2021 10:23 | |
| EDC | TUTOR TNG | 05/24/2021 12:30 | 05/24/2021 12:30 |
| EDC | TUTORING | 05/12/2022 09:28 | 05/12/2022 09:28 |
| EDC | SHU ACE 10 | 12/01/2022 00:01 | 12/01/2022 00:01 |
| EDC | SHU ACE 12 | 01/01/2023 00:01 | 01/01/2023 00:01 |
| EDC | SHU ACE 13 | 01/01/2023 00:01 | 01/01/2023 00:01 |
| EDC | USP ASL | 05/30/2023 08:17 | 05/30/2023 08:17 |
| EDC | USP COMM | 06/23/2023 07:43 | 06/23/2023 07:43 |
| EDC | USP PUBSPK | 06/26/2023 13:23 | 06/26/2023 13:23 |
| EDC | USP ANACR | 06/28/2023 12:31 | 06/28/2023 12:31 |
| EDC | USP CBSS1 | 06/30/2023 14:22 | 06/30/2023 14:22 |
| EDC | USP ALG1 | 07/03/2023 08:53 | 07/03/2023 08:53 |
| EDC | USP ENTRE | 07/05/2023 09:04 | 07/05/2023 09:04 |
| EDC | USP FNDMTH | 07/08/2023 13:30 | 07/08/2023 13:30 |
| EDC | USP ASL 2 | 07/10/2023 11:02 | 07/10/2023 11:02 |
| EDC | USP STMRKT | 07/10/2023 14:43 | 07/10/2023 14:43 |
| EDC | USP WHY | 07/17/2023 11:02 | 07/17/2023 11:02 |
| EDC | USP BPLYOB | 07/26/2023 09:25 | 07/26/2023 09:25 |
| EDC | USP AMREV | 02/26/2024 12:00 | 02/26/2024 12:00 |

Item: Work Programs, Value: 2
General Score: -2, Violent Score: -2
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | JANITORIA1 | 04/19/2021 08:00 | 04/19/2021 08:00 |
| EDC | ACT WRKADV | 04/01/2022 12:17 | 04/01/2022 12:17 |