

**UNITED STATES POSTAL SERVICE®**  **Click-N-Ship®**

usps.com
$5.91
US POSTAGE
G
04/22/2025

9434 6301 0935 5046 9240 45 0059 1001 0002 4701

 U.S. POSTAGE PAID Click-N-Ship® 

Mailed from 24801   582527195227416

## USPS GROUND ADVANTAGE™

DHARMESH PATEL 11772-090
FCI MCDOWELL
PO BOX 1009
WELCH WV 24801-1009

04/25/2025
RDC 01
C001



US DISTRICT COURT SOUTHERN DISTRICT O
CLERK OF COURT
STE 2300
601 FEDERAL ST
BLUEFIELD WV 24701-3033

**USPS TRACKING #**



9434 6301 0935 5046 9240 45

